# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:22-CR-00250-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **FERNANDO FERNANDEZ-SILVA (01)** | **MAGISTRATE   JUDGE   CAROL   B. WHITEHURST** |

## ORDER

The Motion to Suppress [ECF No. 33] was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation.  After an independent review of the record after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED THAT the Motion to Suppress [ECF No. 33] is DENIED.

THUS DONE in Chambers on this 24th day of April, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE